IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNI WILLIAMS,

      Plaintiff,                        No. CIV S-02-2347 DFL CMK PS

      vs.

FORTIS BENEFITS INSURANCE COMPANY, et al.,

      Defendants.                ORDER TO SHOW CAUSE

_____/

        On April 14, 2003, plaintiff filed an amended complaint adding Bank of America as a defendant. On March 28, 2005, the court granted defendant Fortis Benefits Insurance Company's motion to dismiss. As a result, Bank of America is the only remaining defendant in this action.

        On September 9, 2004, plaintiff filed a motion for default judgment against defendant Bank of America. See Fed. R. Civ. P. Rule 55(a). Plaintiff appears to have properly served her amended complaint on defendant Bank of America. (See Docket No. 28.) To date,

///

///

///

1

however, defendant Bank of America has not filed an answer or motion.  See Fed. R. Civ. P. Rule 12.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Bank of America shall show cause, in writing, within 20 days from the date of this order, why default judgment should not be entered for defendant's failure to comply with Federal Rule of Civil Procedure 12;

2. Plaintiff's motion for default judgment filed September 9, 2004, is denied without prejudice; and

3. The Clerk of Court is directed to serve this order at each of the following locations:

   a.) Secretary, Employee Benefits, Administrative Committee, c/o
       Bank of America NT & SA, Benefits Programs
       #3994, P.O.Box 37022
       San Francisco, CA 94137

   b) Kristine K. Blanco, Seyfarth Shaw
      400 Capitol Mall, Suite 2350
      Sacramento, CA 95814-4428

Failure to comply with this order may result in a recommendation that default judgment be entered against defendant Bank of America.

DATED:  August 9, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE