1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   SHAUNI WILLIAMS,                            No. CIV S-02-2347-DFL-CMK

12            Plaintiff,

13        vs.                                    <u>ORDER TO SHOW CAUSE</u>

14   BANK OF AMERICA,

15            Defendant.

16   _____/

17            On April 14, 2003, plaintiff filed an amended complaint adding Bank of America

18   as a defendant.  Following dismissal of defendant Fortis Benefits Insurance Company on March

19   28, 2005, defendant Bank of America is the sole remaining defendant to this action.  The

20   amended complaint appears to have been properly served, via certified mail, on June 24, 2004.

21   United States Post Office records submitted to the court by plaintiff show that the amended

22   complaint was received by defendant Bank of America.  To date, defendant Bank of America has

23   failed to respond to plaintiff's amended complaint.

24            On September 9, 2004, plaintiff filed a motion for default judgment against defendant

25   Bank of America.  On August 9, 2005, the court denied plaintiff's motion for default without

26   prejudice and ordered defendant Bank of America to show cause in writing, within 20 days from

1

1   the date of the order, why default judgment should not be entered against it.  That order was

2   subsequently returned by the United States Post Office as undeliverable.  Having reviewed the

3   court's file, it appears that the August 9, 2005, order was not sent to the correct address.

4   Defendant Bank of America will therefore be granted additional time to respond to the court's

5   order to show cause.

6           Accordingly, IT IS HEREBY ORDERED that defendant Bank of America shall

7   show cause in writing, within 20 days from the date of this order, why default judgment should

8   not be entered for defendant's failure to comply with Federal Rule of Civil Procedure 12.  The

9   Clerk of Court is directed to serve this order on plaintiff and on defendant Bank of America at the

10  following address:

11                  Secretary, Employee Benefits Administrative Committee
                    C/o Bank of America NT & SA
12                  Benefits Program #3994
                    Post Office Box 37022
13                  San Francisco, CA 94137

14          Failure to comply with this order may result in entry of default judgment against

15  defendant Bank of America.

16  DATED:   September 8, 2005.

17

18                                                  _____
                                                    **CRAIG M. KELLISON**
19                                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

2