IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNI WILLIAMS, | No. CIV S-02-2347-DFL-CMK |
| Plaintiff, | |
| vs. | ORDER |
| BANK OF AMERICA, | |
| Defendant. | |
| _____/ | |

     On April 14, 2003, plaintiff filed an amended complaint adding Bank of America as a defendant. Following dismissal of defendant Fortis Benefits Insurance Company on March 28, 2005, defendant Bank of America is the sole remaining defendant to this action. The amended complaint appears to have been properly served, via certified mail, on June 24, 2004. United States Post Office records submitted to the court by plaintiff show that the amended complaint was received by defendant Bank of America. To date, defendant Bank of America has failed to respond to plaintiff's amended complaint.

     On September 9, 2004, plaintiff filed a motion for default judgment against defendant Bank of America. On August 9, 2005, the court denied plaintiff's motion for default without prejudice and ordered defendant Bank of America to show cause in writing, within 20

1  days from the date of the order, why default judgment should not be entered against it.  That order
2  was subsequently returned by the United States Post Office as undeliverable.  Upon review of the
3  court's file, it appeared that the August 9, 2005, order was not sent to the address shown on
4  plaintiff's service records.  By order issued on September 9, 2005, defendant Bank of America
5  was re-served and granted additional time to respond to the court's order to show cause.  The
6  court's order was served on defendant Bank of America at the following address:

>   Secretary, Employee Benefits Administrative Committee
>   C/o Bank of America NT & SA
>   Benefits Program #3994
>   Post Office Box 37022
>   San Francisco, CA 94137

10 The court's September 9, 2005, order was also returned as undeliverable because the post office
11 box has been closed.
12         Upon contacting Bank of America's customer service department, the court's staff
13 was informed that the proper address for all legal notices is as follows:

>   Bank of America
>   CA9-705-05-07
>   1000 West Temple Street, 5th Floor
>   Los Angeles, CA 90012

17 The court will, therefore, direct that the August 9, 2005, and September 9, 2005, orders be re-sent
18 to defendant Bank of America at this address.  Defendant Bank of America will be provided an
19 additional opportunity to respond to the court's orders to show cause.
20         Accordingly, IT IS HEREBY ORDERED that:
21         1.      The Clerk of the Court is directed to re-serve the court's August 9, 2005,
22 and September 9, 2005, on defendant Bank of America at the following address:

>   Bank of America
>   CA9-705-05-07
>   1000 West Temple Street, 5th Floor
>   Los Angeles, CA 90012

26 / / /

2. Defendant Bank of America shall respond to the court's orders to show cause within 30 days of the date of service of this order.

DATED: October 19, 2005.

                                                            /s/ Craig M. Kellison
                                                            **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE