IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNI WILLIAMS,                             No. CIV S-02-2347-DFL-CMK

        Plaintiff,

   vs.                                                   ORDER

BANK OF AMERICA,

        Defendant.

_____/

        Pending before the court are defendant's motion to set aside entry of default (Docs. 54, 55, and 59) and plaintiff's motion for default judgment (Doc. 52).  Defendant's motion is set for hearing on February 14, 2006, before the undersigned in Redding, California.

        The court finds that these matters are appropriate for submission on the papers currently on file without oral argument.  <u>See</u> Local Rule 78-230(h).

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that the February 14, 2006, hearing
2  date is vacated and the currently pending matters stand submitted on the briefs currently on file
3  without oral argument.

5  DATED: February 9, 2006.

   _____
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE