IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNI WILLIAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA,<br><br>    Defendant.<br>_____/ | No. CIV S-02-2347-DFL-CMK<br><br><br>FINDINGS AND RECOMMENDATIONS |

The court hereby corrects the May 11, 2006, findings and recommendations as follows: At page 5, line 7, the findings and recommendations should have said "second amended complaint" instead of "first amended complaint." This correction does not substantively change the court's recommendations or the parties' obligations should they be adopted.

IT IS SO ORDERED.

DATED: May 25, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1