# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNI WILLIAMS,                       No. CIV S-02-2347-DFL-CMK

    Plaintiff,

  vs.                                  ORDER

BANK OF AMERICA,

    Defendant.

_____/

    This matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On May 11, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 11, 2006, are adopted in full;

2. Defendant Bank of America's motion to set aside the Clerk's default entered on December 6, 2005, is granted;

3. Plaintiff's motion for entry of default judgment is denied as moot;

4. The first amended complaint is dismissed with leave to amend;

5. Plaintiff is directed to file a second amended complaint within 30 days of the date of service of this order which names as defendant the BankAmerica Long Term Disability Plan ("1998 Plan") and serve her second amended complaint by mail on:

> Kristine K. Blanco, Esq.
> Seyfarth Shaw, LLP
> 400 Capitol Mall, Suite 2350
> Sacramento, CA 95814

6. Defendant is directed to respond to the second amended complaint within 30 days of the date of service thereof.

Dated: 8/3/2006

DAVID F. LEVI
United States District Judge