**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAUNI WILLIAMS, | No. CIV S-02-2347-DFL-CMK PS |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| BANK OF AMERICA, | |
|     Defendant. | |
| _____/ | |

      This matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On September 29, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 29, 2006, are adopted in full;

2. This action is dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: 1/15/2007

                                                                  _____
                                                                  DAVID F. LEVI
                                                                  United States District Judge